# LOCAL BANKRUPTCY FORM 9014-3
# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF

| | | |
|---|---|---|
| IN RE: | : | Case No.: 15-16062amc |
| CHRISTIAN BLACKWELL | : | Chapter 7 |
| Debtor. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

<u>CHRISTIAN BLACKWELL</u> has filed Motion for Sanctions for Violations of the Discharge Injunction with the court .

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 26, 2016, you or your attorney must do <u>all</u> of the following:

    (a) File an answer explaining your position at

        900 Market Street Suite 400

        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

        Alexander G Tuttle, Esquire

        2303 N Broad Street, Suite 2

        Colmar, Pa 18915

  2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Ashley Chan on November 9, 2016 at 11:00 am in Courtroom 5. United States Bankruptcy Court, 900 Market Street Suite 400, Philadelphia, PA 19107.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

  Date: _____