United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christian Blackwell  
    Debtor

Case No. 15-16062-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Feb 23, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db      +Christian Blackwell,    2444 Woodland Road,    Abington, PA 19001-3101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:  
       ALEXANDER G. TUTTLE    on behalf of Debtor Christian Blackwell agt@tuttlelegal.com  
       ANDREW F GORNALL    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       ERIK B. JENSEN    on behalf of Debtor Christian Blackwell john@erikjensenlaw.com, regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
       JEROME B. BLANK    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
       THOMAS I. PULEO    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CHRISTIAN BLACKWELL, | : | |
| | : | |
| Debtor | : | Bankruptcy No. 15-16062-AMC |
| | : | |

## ORDER

AND NOW, this 22nd day of February, 2017, for the reasons stated in open court on the hearing ("Hearing") on the Debtor's Motion for Sanctions for Violation of the Discharge Injunction ("Motion"), it is hereby ORDERED that the Motion is denied and this bankruptcy case will be closed within two (2) weeks of the entry of this Order if no further action is taken by the Debtor in this case.[1]

Ashely M. Chan
United States Bankruptcy Judge

---

[1] The Debtor and Debtor's counsel failed to appear at the Hearing and also failed to obtain the prior consent of opposing counsel to adjourn the Hearing, as evidenced by the appearance of opposing counsel at the Hearing. In addition, it does not appear that Debtor's counsel took any action to resolve the Motion prior to this Hearing based upon statements made by opposing counsel at the Hearing.